In the Matter of the Application of WILLIAM J. REED, a Creditor, Respondent, for Permission to Sell Real Estate to Pay Debts of HENRY M. BAILEY, Deceased.

FRANCES H. STODDARD, as Administratrix, et al., Appellants.

Reported below, 159 App. Div. 931.
(Submitted April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 23, 1913, which affirmed an order of the Warren County Surrogate's Court directing the administratrix of Henry M. Bailey, deceased, to mortgage his real property for the payment of debts.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings were supported by the evidence; that no questions of law were involved; that the exceptions were frivolous and that the required undertaking had not been filed.

*Beecher S. Clother* for motion.

*Charles H. Stoddard* opposed.

Motion denied, without costs.